IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIE E. COWAN                                                                                    PLAINTIFF

v.                                                                                                  No. 2:06CV74-P-A

ANNIE JAMISON and
WATKINS, LUDLAM,
WINTER & STENNIS, P.A., ET AL.                                                     DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for want of subject matter jurisdiction.

**SO ORDERED,** this the 23rd day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE